

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA PALMISANO,<br>　　　　　Plaintiff | : | NO. 2:06-cv-4348-AB |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　　Defendant | :<br>:<br>: | |

<u>ORDER</u>

AND NOW, this ____ day of May, 2007, it is hereby ORDERED, as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith dated April 4, 2007, is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED insofar as the matter is remanded for further proceedings; and

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further proceedings consistent with the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith.

It is so ORDERED.

BY THE COURT:

_____
ANITA B. BRODY                                    J.

*Copies via ECF on ___ to:   Copies via US Mail on ___ to:*